UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                       Case No. 18-57122-PJS

EDWARD J. MCGARRY,                    Chapter 13

          Debtor(s).                              Honorable Phillip J. Shefferly
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for income taxes for tax period(s) 2014 and 2017 as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case.

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
SCFRA & Collections Division
Cadillac Place, Ste 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Moe Freedman
**OR**
Via email: FreedmanM1@michigan.gov

1

Attach all supporting documentation including any required copies of Michigan Schedules, Federal Returns, 1099, and W-2 Statements. If you have already filed the required return(s), submit a copy to the above-designated Assistant Attorney General. For questions, call (313) 456-0140.

II. **IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

*/s/ Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: February 11, 2019

2